UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                 CASE NO. 3:05-cr-225-J-20MCR

SEBASTIAN TABELO-SANTIZO

### ORDER

The United States' oral motion to dismiss Count Two of the Indictment is **GRANTED** without opposition on the part of counsel for defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of July, 2005.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Gallagher)
Gerald S. Bettman, Esquire